**STAY LIFTED / JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MOHAMMED SHAMS, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>CVS HEALTH CORPORATION, a Delaware corporation; CVS PHARMACY, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: CV 18-8158-DMG (SKx)<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [46]** |

**FOR GOOD CAUSE APPEARING**, the following is hereby Ordered in the above-captioned matter:

1. The stay in the above-captioned matter is LIFTED.
2. The entire action in the above-captioned matter is DISMISSED in its entirety with prejudice.

**IT IS SO ORDERED**.

DATED:  September 16, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE